UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Raymond G. Wolf, Sr. | : | No.  19-17834-MDC |
| Debtor | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion to Sell Real Property filed by debtor, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his/her real property located at 2602 Dudley Street, Philadelphia, PA 19145 ("Property"), for the sale price of $206,000.00 (two hundred six thousand dollars), pursuant to the terms of a certain real estate agreement of sale dated as of January 7, 2022, to the buyer(s) thereunder, Phuong Vo ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

    | | |
    |---|---:|
    | Transfer Tax (2.140%) | $4,408.40 |
    | Municipal Use and Occupancy | $125.00 |
    | Notary | $35.00 |
    | Broker Fee | $390.00 |
    | Certificate of Resale | $100.00 |
    | Wire | $100.00 |

2. First and Second Mortgage Liens to be paid in full at closing          $172,600.00

3. Real estate taxes, sewer, trash and/or other such items, if any

4. Property repairs, if any

5. Real estate commission, at no greater than 6%          $12,360.00

| | | |
|---|---|---:|
| 6. | Attorneys' fees, if any | $500.00 |
| 7. | U.S Court Filing Fees | $189.00 |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | |
| 8. | Other - Municipal Tax Credit to Seller | $1,755.96 |
| | TOTAL Out of pocket from seller | $189,051.04 |

After paying all liens and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 standing trustee, the balance remaining after the Debtors/Sellers have received their exemption up to $25,150 from their portion of the sale proceeds. Any additional proceeds remaining after all claims are satisfied shall be returned to the Debtors/Sellers by the Trustee. Any secured creditors paid by the sale shall withdraw or amend their proof of claim. Debtor shall amend his plan, consistent with this Order and sale of the property, if necessary.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

                              **BY THE COURT**

                              _____
                              **HON. MAGDELINE D. COLEMAN**
                              **BANKRUPTCY JUDGE**