United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17834-mdc
Raymond G. Wolf, Sr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1
Date Rcvd: Apr 11, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + Raymond G. Wolf, Sr., 2602 Dudley Street, Philadelphia, PA 19145-2504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:**

**Name**     **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Raymond G. Wolf Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | : | Chapter 13 | |
| | : | | |
| **Raymond G. Wolf, Sr.** | : | No. 19-17834-MDC | |
| Debtor | : | | |

## ORDER

**AND NOW,** this ___8th___ day of _____April_____ 2022, upon consideration of the Motion to Sell Real Property filed by debtor, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his/her real property located at 2602 Dudley Street, Philadelphia, PA 19145 ("Property"), for the sale price of $206,000.00 (two hundred six thousand dollars), pursuant to the terms of a certain real estate agreement of sale dated as of January 7, 2022, to the buyer(s) thereunder, Phuong Vo ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

   | | |
   |---|---:|
   | Transfer Tax (2.140%) | $4,408.40 |
   | Municipal Use and Occupancy | $125.00 |
   | Notary | $35.00 |
   | Broker Fee | $390.00 |
   | Certificate of Resale | $100.00 |
   | Wire | $100.00 |

2. First and Second Mortgage Liens to be paid in full at closing      $172,600.00

3. Real estate taxes, sewer, trash and/or other such items, if any

4. Property repairs, if any

5. Real estate commission, at no greater than 6%      $12,360.00

Page 1 of 2

| | | | |
|---|---|---|---|
| 6. | Attorneys' fees, if any | | $500.00 |
| 7. | U.S Court Filing Fees | | $189.00 |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | | |
| 8. | Other - Municipal Tax Credit to Seller | | $1,755.96 |
| | TOTAL Out of pocket from seller | | $189,051.04 |

After paying all liens and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 standing trustee, the balance remaining after the Debtors/Sellers have received their exemption up to $25,150 from their portion of the sale proceeds. Any additional proceeds remaining after all claims are satisfied shall be returned to the Debtors/Sellers by the Trustee. Any secured creditors paid by the sale shall withdraw or amend their proof of claim. Debtor shall amend his plan, consistent with this Order and sale of the property, if necessary.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**