**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Raymond G. Wolf, Sr. | : | No.  19-17834-MDC |
| Debtor | : | |

**ANSWER TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY**
**FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362**
**AND CERTIFICATE OF SERVICE**

1.   The Debtor's real estate was for sale and closed today pursuant to the Court Order allowing the sale.

**WHEREFORE,** this motion should be considered moot.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 05/06/2022

A copy of this Answer is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.