# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond G. Wolf Sr.<br>                    Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                    Movant<br>    vs.<br><br>Raymond G. Wolf Sr.<br>                    Debtor(s)<br><br>Kenneth E. West<br>                    Trustee | CHAPTER 13<br><br><br>NO. 19-17834 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about April 14, 2022 (document no. 49).

                                              Respectfully submitted,

                                              /s/ Rebecca A. Solarz, Esq.

                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: (215)-627-1322

Dated: 5/23/2022