IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Raymond G Wolf, Sr. | : | Case No. 19-17834-AMC |
| Debtor(s) | | |

<u>NOTICE OF PRAECIPE TO CHANGE ADDRESS</u>

   Pursuant to the above-captioned matter, kindly mark the court record of the Debtor's new address as follows:

## 6328 Algard Street
## Philadelphia, PA 19135

<u>/s/ David M. Offen</u>
David M. Offen, Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600

Dated:  January 7, 2025