Certificate Number: 12433-PAE-DE-039227905

Bankruptcy Case Number: 19-17834



12433-PAE-DE-039227905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2025, at 8:44 o'clock PM EST, Raymond G. Wolf, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 10, 2025         By:    /s/Lisa Susoev

                               Name:  Lisa Susoev

                               Title: Teacher