United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17834-amc |
| Raymond G. Wolf, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 10, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond G. Wolf, Sr., 6328 Algard Street, Philadelphia, PA 19135-3106 |
| 14440631 | + | Gregg L. Morris, Esq., 501 CORPORATE DRIVE, SOUTHPOINTE CENTER, SUITE 205, Canonsburg, PA 15317-8584 |
| 14665246 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 11 2025 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2025 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14440626 | | Email/Text: legal@arsnational.com | Jan 11 2025 00:01:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14503280 | | Email/Text: megan.harper@phila.gov | Jan 11 2025 00:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14440627 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2025 00:11:23 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14440628 | | Email/Text: mrdiscen@discover.com | Jan 11 2025 00:01:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14444472 | | Email/Text: mrdiscen@discover.com | Jan 11 2025 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14440629 | + | Email/Text: dplbk@discover.com | Jan 11 2025 00:02:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14443118 | + | Email/Text: dplbk@discover.com | Jan 11 2025 00:02:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14440630 | ^ | MEBN | Jan 10 2025 23:55:45 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 14465915 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 11 2025 00:01:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14440632 | ^ | MEBN | Jan 10 2025 23:55:53 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14447984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2025 00:10:55 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14440633 | + | Email/PDF: cbp@omf.com | Jan 11 2025 00:11:18 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14440634 | | Email/Text: blegal@phfa.org | Jan 11 2025 00:01:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14665007 | ^ | MEBN | Jan 10 2025 23:55:53 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14460410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2025 00:11:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14440636 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2025 00:02:00 | Seventh Ave, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14440637 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2025 00:02:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14472408 | | Email/Text: bncmail@w-legal.com | Jan 11 2025 00:01:00 | TD Bank USA, N.A., PO BOX 3978, SEATTLE, WA 98121 |
| 14471931 | + | Email/Text: bncmail@w-legal.com | Jan 11 2025 00:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14440638 | + | Email/Text: bncmail@w-legal.com | Jan 11 2025 00:01:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14452134 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2025 00:02:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14440635 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

**Name**    **Email Address**

DAVID M. OFFEN

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

                on behalf of Debtor Raymond G. Wolf  Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KENNETH E. WEST
                ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
                on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 138OBJ* (6/24)–doc 72 – 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Raymond G. Wolf Sr.<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−17834−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br>
900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 10, 2025                                                                                  For The Court

                                                                                                        Timothy B. McGrath
                                                                                                        Clerk of Court